UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                        05-cr-80337
                                    HON. GEORGE CARAM STEEH

vs.


HERMAN NORMAN JOHNSON,

    Defendant.

_____/

## ORDER

    The parties having appeared on this date and for the reasons stated on the record, Defendant's motion *in limine* regarding cell phone [#184] evidence is DENIED.

    Defendant's motion *in limine* regarding gun shot residue [#185] is DENIED.

    The government's motion *in limine* to introduce limited evidence on defendant's housing location with the Michigan Department of Corrections [#198] is MOOT.

    Defendant's motion for continuance [#205] is DENIED.

    SO ORDERED.


Dated: February 22, 2011

                                        S/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 22, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk